UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-02029-Torres

UNITED STATES OF AMERICA

vs.

DANY EZEQUIEL GARRIDO RODRIGUEZ
MIGUEL ANGEL LOPEZ RAMOS
AMADO WILSON OVUNDO
ISIDRO MANUEL VILLEGAS MERIDA
JOSE MARIEL PAZ
FRANCISCO PELAEZ LUENGAS
LUIS FERNANDO MARTINEZ ANTONIO

Defendants.
_____/

FILED BY ____CH____ D.C.
Jan 9, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Michele S. Vigilance*
MICHELE VIGILANCE
Assistant United States Attorney
Court Id No. A5502091
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305.961.9387
Michele.Vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

FILED BY____CH____D.C.

Jan 9, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Dany Ezequiel Garrido Rodriguez, Miguel Angel Lopez Ramos, Amado Wilson Ovundo, Isidro Manuel Villegas Merida, Jose Mariel Paz, Francisco Pelaez Luengas and Luis Fernando Martinez Antonio.<br>*Defendants.* | Case No. 25-MJ-02029-Torres |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___December 28, 2024___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*   ID#7156

Vincent J. Knoll, Special Agent HSI
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: __January 8, 2025__

*Judge's signature*

City and state: __Miami, Florida__   Honorable Edwin G. Torres, United States Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vincent J. Knoll, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI). I am presently assigned to the Office of the Special Agent in Charge in Miami, Florida (SAC Miami). I have been employed with HSI since April 2023. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to the national security of the United States such as drug smuggling, arms trafficking, financial crimes, including money laundering and bulk cash smuggling. I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search warrants and arrest warrants; serve subpoenas and summonses; administer oaths; make arrest without warrant; require and receive information relating to offenses; and bear firearms.

2. The facts set forth in this Affidavit are based on my personal knowledge, as well as, information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against DANY EZEQUIEL GARRIDO RODRIGUEZ, MIGUEL ANGEL LOPEZ RAMOS, AMADO WILSON OVUNDO, ISIDRO MANUEL VILLEGAS MERIDA, JOSE MARIEL PAZ, FRANCISCO PELAEZ LUENGAS, and LUIS FERNANDO MARTINEZ ANTONIO for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. Title 46, United States Code 70503 makes it a crime to manufacture, distribute, or possess a controlled substance on vessels. (a) Prohibitions. – An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States.

4. As a result of the investigation described more fully below, there is probable cause to believe that DANY EZEQUIEL GARRIDO RODRIGUEZ, MIGUEL ANGEL LOPEZ RAMOS, AMADO WILSON OVUNDO, ISIDRO MANUEL VILLEGAS MERIDA, JOSE MARIEL PAZ, FRANCISCO PELAEZ LUENGAS, and LUIS FERNANDO MARTINEZ ANTONIO knowingly or intentionally manufactured or distributed, or possessed with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States in violation of Title 46 United States Code Section 70503.

5. The United States Coast Guard (USCG) has the authority under Title 14 United States Code 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and water over which the United States has jurisdiction, to enforce federal laws.

6. On or about December 28, 2024, while on routine patrol in the Eastern Pacific (EPAC), USCG Cutter WAESCHE, detected a Target of Interest (TOI), moving north, approximately 50 nautical miles south of the USCG Cutters location. The WAESCHE launched their small unmanned aerial system and detected a go-fast vessel (GFV) operating approximately 230 nautical miles south of Chula, Mexico. The GFV had seven (7) individuals on board, three (3) outboard motors, multiple fuel barrels and packages visible on deck, displayed no indicia of nationality, and transiting at a high rate of speed in a known drug trafficking area. The USCG

2

Cutter WAESCHE, which was in the area, was diverted to interdict and investigate. USCG District 11 Admiral Buzzella (D11) authorized a Statement of No Objection to conduct a Right of Visit boarding. The WAESCHE launched their Over the Horizon small boat (OTH), along with a Boarding Team (BT) to interdict. The OTH arrived on scene and conducted warning shots which were ineffective. Disabling fire was utilized and effective in the OTH gaining positive control of the GFV. There were seven individuals on board who identified themselves as DANY EZEQUIEL GARRIDO RODRIGUEZ, MIGUEL ANGEL LOPEZ RAMOS, AMADO WILSON OVUNDO, ISIDRO MANUEL VILLEGAS MERIDA, JOSE MARIEL PAZ, FRANCISCO PELAEZ LUENGAS, and LUIS FERNANDO MARTINEZ, all Mexican nationals. The boarding team conducted a Right of Visit boarding, resulting in no claims of nationality for the vessel. USCG WAESCHE was approved for a Statement of No Objection to treat the vessel without nationality. Consequently, the vessel was treated as a vessel without nationality, and therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed. When asked, all individuals stated they were in fear of returning to Mexico. In response to the articulated fears of the detainees returning to Mexico, the WAESCHE completed Manifestation of Fear Referral Forms for all detainees.

7. The boarding team recovered a total of one hundred and thirteen (113) bales. A field test of the content of the bales proved positive for cocaine. The approximate at sea weigh of the cocaine was 2,258 kilograms. The seven individuals, along with the bales of cocaine, were transferred to the WAESCHE.

[THIS AREA INTENTIONALLY LEFT BLANK.]

8. Based on the foregoing facts, the Affiant believes that probable cause exists that DANY EZEQUIEL GARRIDO RODRIGUEZ, MIGUEL ANGEL LOPEZ RAMOS, AMADO WILSON OVUNDO, ISIDRO MANUEL VILLEGAS MERIDA, JOSE MARIEL PAZ, FRANCISCO PELAEZ LUENGAS, and LUIS FERNANDO MARTINEZ conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

VINCENT J. KNOLL
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __8th__ day of January, 2025.

HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE

4